RICK D. ROSKELLEY, ESQ., Bar # 3192
DUSTIN L. CLARK, ESQ., Bar # 10548
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811

Attorneys for Defendant
RIO PROPERTIES, INC. dba RIO ALL-SUITE HOTEL AND
CASINO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN NEVADA CULINARY AND BARTENDERS PENSION TRUST, by and through its fiduciary Kim Gould, | Case No. 2:12-cv-00990-KJD-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| HAMADA RIO PARTNERSHIP, LLC, a Nevada limited liability company; HAMADA F.H. INC., a Nevada Corporation; JAY HAMADA, an individual; MARIKO HAMADA, an individual; RIO PROPERTIES, INC. dba RIO ALL-SUITE HOTEL AND CASINO, a Nevada Corporation; JOHN DOES I-X, inclusive; ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

        IT IS HEREBY STIPULATED AND AGREED that the above-captioned matter be

dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated:  March 13, 2013                    Dated:  March 13, 2013

Respectfully submitted,                    Respectfully submitted,

  /s/ Sara D. Cope                              /s/  Dustin L. Clark
KEVIN B. CHRISTENSEN, ESQ.          RICK D. ROSKELLEY, ESQ.
SARA D. COPE, ESQ.                        DUSTIN L. CLARK, ESQ.
CHRISTENSEN JAMES & MARTIN        LITTLER MENDELSON
Attorneys for Plaintiff                      Attorneys for Defendant Rio Properties, Inc.
                                                  d/b/a Rio All-Suite Hotel and Casino

(Signatures continued on next page)

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  Dated:  March 13, 2013

2  Respectfully submitted,

3

4   /s/  Michael Rawlins
   MICHAEL RAWLINS, ESQ.
5  DURHAM, JONES & PINEGAR
   Attorneys for Defendants, Hamada Rio
6  Partnership, LLC, Hamada F.H., Inc.,  Jay
   Hamada & Mariko Hamada
7

8

9                                    **IT IS SO ORDERED**:

10

11                                    _____
                                      UNITED STATES DISTRICT JUDGE
12

13
                                      DATED:  March 21, 2013
14                                            _____

15  Firmwide:117779203.1 013234.2350

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.